IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CLYDE ARMORY, INC., et al, | * |
| Plaintiffs, | * |
| v. | Case No. 3:20-cv-42-CAR |
| | * |
| UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY, et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Oral Order of April 6, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of April, 2020.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk